**Order entered June 16, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00374-CV

## NICOLE HARRIS, Appellant

### V.

## LELAND BROWN AND FOSSIL GROUP, INC., Appellees

### On Appeal from the 429th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 429-00630-2020

## ORDER

Appellant appeals the trial court's April 21, 2021 order granting appellee Fossil Group, Inc.'s motion for summary judgment. Before the Court is appellant's June 4, 2021 motion to abate this appeal so that she may obtain a severance order to render the appealed order final. Appellee Fossil Group, Inc. filed a response opposing the motion and a separate motion to dismiss the appeal of the interlocutory order for want of jurisdiction. We **GRANT** the motion to abate to allow appellant an opportunity to obtain a severance order. Should the

trial court sign a severance order, appellant shall have a supplemental clerk's record filed with the order. We **SUSPEND** the current deadline for the clerk's and reporter's records.

The Court will take no action on appellee's motion to dismiss at this time.

We **DIRECT** the Clerk of this Court to send a copy of this order to Lynne Finley, Collin County District Clerk; Cindy Bardwell, Official Court Reporter for the 429th Judicial District Court; and, all parties.

We **ABATE** the appeal for **THIRTY DAYS**. The appeal will be reinstated in thirty days or when any supplemental clerk's record is filed containing a severance order, whichever occurs sooner.

/s/ KEN MOLBERG
JUSTICE